In the Matter of the Application of J. ALFRED ANDERSON for Admission to

---

* Appeal dismissed, 251 N. Y. ——.

the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of AMBROSE C. HINDMAN for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of STUART LEWIS for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.